UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JAMES RICHARD MCENTYRE                                   PLAINTIFF

v.                       No. 2:21-CV-02054

JAIL ADMINISTRATOR JIMMY DORNEY                       DEFENDANT

## **JUDGMENT**

Pursuant to the order entered in this case on this date, this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 2nd day of July, 2021.

                                                           /s/ P. K. Holmes, III
                                                           P.K. HOLMES, III
                                                           U.S. DISTRICT JUDGE